UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SUZAN RIAZI,                                        Civil Action No.
                                                    1:21-cv-07166-PAE

                            Plaintiff,

        -against-                                   **NOTICE OF DISMISSAL**

CHRISTIAN DIOR, INC., LVMH MOET
HENNESSY LOUIS VUITTON INC., JANE KIM,
individually, SIMON KENDALL, individually,
CHRISTINA GOULIAMBERIS, individually,
EMMA FOXALL, individually, FELICITY LAY,
individually, DIANA DOLPH, individually,
ALEXANDRA DE RANCOGNE, individually,
and ERICA EIMER, individually,

                            Defendants.
------------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, SUZAN RIAZI, through her counsel, with Plaintiff's consent and authorization, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, and without costs, against all defendants.

Dated: October 1, 2021
       New York, New York

Seamus P. Barrett, Esq., on behalf of Plaintiff
Suzan Riazi
DEREK SMITH LAW GROUP, PLLC
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760